United States Court of Appeals

For the Eighth Circuit

_____

No. 25-1740
_____

United States of America

*Plaintiff - Appellee*

v.

Anthony Madison

*Defendant - Appellant*
_____

Appeal from United States District Court
for the Eastern District of Missouri - St. Louis
_____

Submitted: January 12, 2026
Filed: February 6, 2026
[Unpublished]
_____

Before SMITH, ERICKSON, and KOBES, Circuit Judges.
_____

PER CURIAM.

While serving a term of supervised release, Anthony Madison was arrested for harassment in the first degree, Mo. Rev. Stat. § 565.090, and nonconsensual dissemination of private sexual images, Mo. Rev. Stat. § 573.110, though the state grand jury later returned a no true bill, see Mo. Rev. Stat. § 540.260. The U.S. Probation Office petitioned to revoke his supervised release based on the alleged

new law violations. The district court[1] denied Madison's request for a jury trial. After a hearing, it found by a preponderance of the evidence that he committed both crimes, so it revoked his supervision and imposed a revocation sentence. See 18 U.S.C. § 3583(e)(3) (a court may "revoke a term of supervised release . . . if the court . . . finds by a preponderance of the evidence that the defendant violated a condition of supervised release").

Madison argues that his revocation sentence violates his Sixth Amendment right to have a jury determine his guilt beyond a reasonable doubt. He acknowledges his claim is foreclosed by United States v. Eagle Chasing, 965 F.3d 647, 650–51 (8th Cir. 2020).

Affirmed.

_____

_____

[1]The Honorable Sarah E. Pitlyk, United States District Judge for the Eastern District of Missouri.